UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 20-11828-RGS

MICHAEL ROBERTS,
Plaintiff

v.

KILOLO KIJAKAZI,
Acting Commissioner
of the Social Security Administration


ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

March 25, 2022

STEARNS, D.J.

I agree with Magistrate Judge Bowler's comprehensive analysis of the record and her conclusion that the Acting Commissioner correctly found that plaintiff Michael Roberts is not disabled within the meaning of the Social Security Act. More particularly, I agree that Administrative Law Judge (ALJ) John Benson did not err in giving greater weight to the opinions of the state agency examiners than the periodically contradictory treatment records. I also agree that the modest medical changes in Roberts' condition that post-date the examiners' findings fail to impeach the soundness of their opinions that he is not legally disabled. I further agree with the Magistrate Judge that

the ALJ did not err in discounting Dr. Bucklin's opinion (such as it was) as lacking support when considered in the context of the entire record.  Finally, I agree that the ALJ's skeptical evaluation of Roberts' subjective reports of pain was well within the ALJ's discretion as the finder of fact.[1]

Consequently, the Recommendation is <u>ADOPTED</u>, Michael Roberts' request that the court reverse or remand the decision of the Acting Commissioner is <u>DENIED</u>.  The Acting Commissioner's motion to affirm is <u>ALLOWED</u>.  The Clerk will enter judgment for the Acting Commissioner and close the case.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[1] On March 18, 2022, plaintiff submitted his objections to the Report and Recommendation.  *See* Dkt # 47.  These simply repeat in a more condensed form the arguments considered and rejected by the Magistrate Judge.